UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTUR STEPANYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 17-cv-03839-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

The above captioned case is HEREBY REFERRED to Magistrate Judge Jacqueline Scott Corley to determine whether it is related to her pretrial detention rulings in Case No. 15-cr-0234-CRB-3.

**IT IS SO ORDERED**.

Dated: January 9, 2018

_____
SALLIE KIM
United States Magistrate Judge