UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTUR STEPANYAN,<br>　　　　Plaintiff,<br>　　v.<br>COUNTY OF ALAMEDA, et al.,<br>　　　　Defendants. | Case No. 17-cv-03839-SK (JSC)<br><br>**ORDER RELATING CASES AND NEW CASE MANAGEMENT AND MOTION TO DISMISS HEARING DATE**<br><br>Re: Dkt. No. 39 |

The Court is in receipt of Magistrate Judge Sallie Kim's sua sponte referral to determine whether Case No. 17-cv-03839 is related to this Court's pretrial detention ruling in Case No. 15-cr-0234-CRB-3. No party has filed an objection to Judge Kim's order.

After reviewing both cases the Court concludes the two cases are related as they concern the same former detainee, Artur Stepanyan, and arise from this Court's release order on June 23, 2015. *See* Civ. L.R. 3-12(a)(1) ("An action is related to another when the actions concern substantially the same parties, property, transaction, or event"). Accordingly, 17-3839 shall be reassigned to this Magistrate Judge.

The case management conference and hearing for Defendants' motion to dismiss on February 5, 2018 before Magistrate Judge Sallie Kim is VACATED and reset for February 8, 2018 at 9 a.m. before Magistrate Judge Jacqueline Scott Corley. The parties shall file a joint case management statement one week before the conference on February 1, 2018.

**IT IS SO ORDERED.**

Dated: January 19, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge