1  KAREN MCCONVILLE, SBN 269234
   330 Sir Francis Drake Blvd, Suite E
2  San Anselmo, CA 94960-2552
   Tel: 415-786-7806
3  Fax: 415-226-0518
   Email: kmcconville3@gmail.com
4
   DAVID M. HELBRAUN, SBN 129840
5  HELBRAUN LAW FIRM
   44 Montgomery Street, Suite 3340
6  San Francisco, CA 94104
   Tel: 415-982-4000
7  Fax: 415-421-0912
   Email: dmh@helbraunlaw.com
8  Attorneys for ARTUR STEPANYAN

9  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
10 SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
11 WENDY GARBERS (CSBN 213208)
   Assistant United States Attorney
12     450 Golden Gate Ave.
       San Francisco, California 94102
13     Telephone: (415) 436-6475
       Fax: (415) 436-7234
14 Attorneys for Defendants UNITED
   STATES OF AMERICA, UNITED
15 STATES MARSHAL SERVICE,
   IMMIGRATION AND CUSTOMS
16 ENFORCEMENT

17 TIMOTHY P. MURPHY, Esq. (SBN
   120920)
18 EDRINGTON, SCHIRMER &
   MURPHY LLP
19 2300 Contra Costa Boulevard, Suite 450
   Pleasant Hill, CA  94523-3936
20 Telephone: (925) 827-3300
   Facsimile: (925) 827-3320
21 Attorneys for Defendant COUNTY OF
   ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-1-

STIPULATION AND MOTION TO STAY CASE
17-CV 3839 JSC

| | |
|---|---|
| ARTUR STEPANYAN,<br><br>    Plaintiff,<br>v.<br><br>COUNTY OF ALAMEDA; UNITED STATES MARSHALS SERVICE, ICE, AND DOES 1 through 49, inclusive,<br><br>    Defendant | CASE NUMBER: 17-CV-3839 JSC<br><br>**STIPULATION AND PROPOSED ORDER FOR MOTION TO STAY CASE** |

Pursuant to Civil Local Rule 7-11, the Plaintiff and the Defendants hereby move the Court for an order staying the pending case and filing of the amended complaint due March 30, 2018 to July 30, 2018. The parties are requesting a stay in order to a facilitate two matters pending which will affect the Plaintiff's decision whether to file an amended complaint.

1. On March 5, 2018 the Plaintiff made a Freedom of Information Act (FOIA) request for the Plaintiff's immigration file. The Plaintiff's file is needed in order to establish the Plaintiff's alleged fugitive status which was the subject of argument at the hearing on the Defendant's Motion to Dismiss before your honor on February 8, 2018. Plaintiff has not yet received a response to this request.

2. Plaintiff's criminal case is on calendar before Judge Breyer on May 23, 2018 for status and setting of motion and trial dates. At that time or at the next court date set by Judge Breyer counsel for Plaintiff expects to have a confirmed trial date in the criminal case which will facilitate Plaintiff's decision whether to proceed with the filing of an amended complaint in the civil case.

NOW THEREFORE, the parties through their respective counsel agree and hereby stipulate that good cause exists under the foregoing circumstances to stay or hold in abeyance this matter through and including July 30, 2018 at which time the Plaintiff must elect to file an amended complaint or apply to the Court for such other relief as deemed necessary.

| | |
|---|---|
| Dated: 03.21.18 | Respectfully submitted, |

By:   /s/
David M. Helbraun

By:   /s/
Karen McConville
Attorneys Artur Stepanyan

By:   /s/
Timothy P. Murphy
Attorney for Defendant
COUNTY OF ALAMEDA

By:   /s/
Wendy M. Garbers
Assistant United States Attorney
Attorney for Defendants United States of America, United States Marshal Service and Immigration and Customs Enforcement

**IT IS SO ORDERED:**

Dated: 03.22.18                      _____

JACQUELINE SCOTT CORLEY

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND MOTION TO STAY CASE
17-CV 3839 JSC           -3-