KAREN MCCONVILLE, SBN 269234
24 Professional Center Parkway, Suite 240
San Rafael, CA 94903
Tel: 415-786-7806
Fax: 415-226-0518
Email: kmcconville3@gmail.com

DAVID M. HELBRAUN, SBN 129840
HELBRAUN LAW FIRM
44 Montgomery Street, Suite 3340
San Francisco, CA 94104
Tel: 415-982-4000
Fax: 415-421-0912
Email: dmh@helbraunlaw.com
Attorneys for ARTUR STEPANYAN

ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY GARBERS (CSBN 213208)
Assistant United States Attorney
    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-6475
    Fax: (415) 436-7234
Attorneys for Defendants UNITED STATES OF AMERICA, UNITED STATES MARSHAL SERVICE, IMMIGRATION AND CUSTOMS ENFORCEMENT

TIMOTHY P. MURPHY, Esq. (SBN 120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320
Attorneys for Defendant COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-1-

STIPULATION AND MOTION TO STAY CASE
17-CV 3839 JSC

| | |
|---|---|
| ARTUR STEPANYAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA; UNITED STATES MARSHALS SERVICE, ICE, AND DOES 1 through 49, inclusive,<br><br>Defendant | CASE NUMBER: 17-CV-3839 JSC<br><br>**STIPULATION AND PROPOSED ORDER FOR MOTION TO STAY CASE** |

Pursuant to Civil Local Rule 7-11, the Plaintiff and the Defendants hereby move the Court for an order extending the stay in the above captioned case from November 30, 2018 to February 20, 2019. The parties are requesting an extension of the stay in order to a facilitate the two matters pending which have not been resolved to date and will affect the Plaintiff's decision whether to file an amended complaint.

1. On March 5, 2018 the Plaintiff made a Freedom of Information Act (FOIA) request for the Plaintiff's immigration file. The request was received on March 7, 2018. The Plaintiff's file is needed in order to establish the Plaintiff's alleged fugitive status which was the subject of argument at the hearing on the Defendant's Motion to Dismiss before your honor on February 8, 2018. Plaintiff has not yet received a response to this request. Plaintiff's request is currently number 1002 of 47715 pending requests in track two (Exhibit A). Track two requests are typically processed in 119 business days. Plaintiff anticipated receipt of the request on or before November 30, 2018, however, it remains pending. In the time since the last request for a stay on September 25, 2018 433 requests have been processed.

2. Plaintiff's criminal case was on calendar before Judge Breyer on October 23, 2018 for status and setting of motions and trial dates. Judge Breyer's set a further status hearing

for February 13, 2019 at which time Plaintiff should know when the criminal case will be set for trial.

NOW THEREFORE, the parties through their respective counsel agree and hereby stipulate that good cause exists under the foregoing circumstances to extend the stay granted in this matter through and including February 20, 2019 at which time the Plaintiff must elect to file an amended complaint or apply to the Court for such other relief as deemed necessary.

Dated: 11.28.18

Respectfully submitted,

By: _____/s/_____
David M. Helbraun

By: _____/s/_____
Karen McConville
Attorneys Artur Stepanyan

By: _____/s/_____
Timothy P. Murphy
Attorney for Defendant
COUNTY OF ALAMEDA

By: _____/s/_____
Wendy M. Garbers
Assistant United States Attorney
Attorney for Defendants United States of America, United States Marshal Service and Immigration and Customs Enforcement

**IT IS SO ORDERED:**

Dated: _____

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND MOTION TO EXTEND STAY CASE
17-CV 3839 JSC

-4-